IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAWKINS CONSTRUCTION COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**PETERSON CONTRACTORS, INC., GROUND IMPROVEMENT ENGINEERING, L.L.C., GEOPIER FOUNDATION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ZURICH AMERICAN INSURANCE COMPANY, and AXIS SURPLUS INSURANCE COMPANY,**<br><br>Defendants. | **8:13CV46**<br><br>**ORDER** |

This matter is before the court *sua sponte*.

On February 8, 2013, the plaintiff Hawkins Construction Company (Hawkins) filed a complaint against the defendants generally alleging breach of contract. **See** [Filing No. 1](#) - Complaint. After receiving extensions of times, several of the defendants filed motions to dismiss. On April 10, 2013, the defendant Zurich American Insurance Company filed a motion to dismiss. **See** [Filing No. 45](#). On April 15, 2013, the defendant Axis Surplus Insurance Company filed a motion to dismiss. **See** [Filing No. 47](#). Also on April 15, 2013, the defendants Peterson Contractors, Inc. (Peterson) and Travelers Casualty and Surety Company of America (Travelers) filed an answer and counterclaim against Hawkins. **See** [Filing No. 50](#). On April 25, 2013, the defendant Ground Improvement Engineering, L.L.C. filed a motion to dismiss. **See** [Filing No. 55](#). On April 29, 2013, Peterson filed a third party complaint against Hartford Fire Insurance Company. **See** [Filing No. 59](#). Lastly, on May 1, 2013, the defendant Geopier Foundation Company filed a motion dismiss. **See** [Filing No. 62](#).

The parties are required to meet and confer as provided in Federal Rule of Civil Procedure 26(f). However, the court will stay this requirement pending the resolution of the defendants' motions to dismiss. Accordingly,

**IT IS ORDERED**:

The parties' duty to meet, confer, and file a joint planning report to the court in accordance with the requirement of Fed. R. Civ. P. 26(f) is stayed pending resolution of the defendants' motions to dismiss.

Dated this 22nd day of May, 2013.

                                                    BY THE COURT:

                                                    s/ Thomas D. Thalken
                                                   United States Magistrate Judge