IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HAWKINS CONSTRUCTION COMPANY,**<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**PETERSON CONTRACTORS, INC.,** et al.,<br><br>    **Defendants.** | 8:13CV46<br><br><br>ORDER |

Upon notice of settlement given to the magistrate judge on September 19, 2014, by Austin L. McKillip, attorney for the defendant, Ground Improvement Engineering, L.L.C.,

  **IT IS ORDERED that**:

  1. On or before **November 3, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

  2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

  3. The previously scheduled case progression deadlines, pretrial conference, and trial are cancelled upon the representation that this case is settled.

Dated this 19th day of September, 2014.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge